**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM G. COODEY,                              )
                                                )
                    Petitioner,                 )
                                                )
vs.                                             )        Case No. CIV-12-636-M
                                                )
JUSTIN JONES, Director, et al.,                 )
                                                )
                    Respondents.                )

## ORDER

On July 9, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and

Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas

corpus.  The Magistrate Judge recommended that the petition be dismissed without prejudice based

upon petitioner's failure to cure the deficiency in his motion to proceed *in forma pauperis*,

specifically providing the Court with the missing financial information and/or signature of

authorized officer of penal institution.  Petitioner was advised of his right to object to the Report and

Recommendation by July 30, 2012.  On July 12, 2012, this Court granted petitioner's motion for

extension of time to produce the trust fund account information and ordered petitioner to produce

said information by August 10, 2012.  As of the date of this Order, petitioner has failed to produce

the necessary financial information.

Accordingly, upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate
        Judge on July 9, 2012, and

(2)     DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 24th day of August, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE